# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Tri-Valley Corporation, *et al*[1]. | : | Case No. 12-12291-MFW |
| | : | |
| _____ | : | |
| | : | Adv. Pro. No. 14-50446-MFW |
| CHARLES A. STANZIALE, JR., in his | : | |
| capacity as the Chapter 7 Trustee of | : | |
| Tri-Valley Corporation, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DMJ Gas-Marketing Consultants LLC, | : | |
| | : | |
| Defendant. | : | |

## MOTION BY DEFENDANT
## TO DISMISS COMPLAINT

Defendant, by and through its undersigned counsel, hereby moves this Court to dismiss the *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Delay or to Disallow Claims Pursuant to 11 U.S.C. § 502* [Adv. Dkt. No. 1; filed 7/8/14] of Charles A. Stanziale, Jr., in his capacity as Chapter 7 Trustee for Tri-Valley Corporation, *et al.,* pursuant to Fed. R. Civ. P. 8(a) and 12(b)(6). In support of its Motion to Dismiss, the Defendant incorporates the Memorandum of Law filed contemporaneously herewith.

Respectfully Submitted,

Dated: October 6, 2014
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, co. and Select Resources Corporation, Inc.

{00014664. }

Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com

*Counsel to the Defendant*