IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Tri-Valley Corporation, *et al.* | : | Case No. 12-12291-MFW |
| | : | |
| | : | |
| ——————————————— | : | Adv. Pro. No. 14-50446-MFW |
| | : | |
| CHARLES A. STANZIALE, JR., in his | : | |
| capacity as the Chapter 7 Trustee of | : | |
| Tri-Valley Corporation, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DMJ Gas-Marketing Consultants LLC, | : | |
| | : | Re: Adv. D.I. 8 |
| Defendant. | : | |

**NOTICE OF COMPLETION OF BRIEFING FOR**
**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware, DMJ Gas-Marketing Consultants LLC, (the "Defendant"), by and through its undersigned counsel, hereby notifies the Court that briefing has been completed for the Defendants' *Motion to Dismiss the Complaint* [Adv. D.I. 8]. The following relevant documents will be delivered to chambers with this Notice of Completion of Briefing:

{00014854.}

# **INDEX**

| Tab No. | Date Filed | Docket Number | |
|---|---|---|---|
| 1 | 7/8/14 | 1 | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Delay or to Disallow Claims Pursuant to 11 U.S.C. § 502 by Charles A. Stanziale Jr. against DMJ Gas-Marketing Consultants LLC. |
| Exhibit A | 7/8/14 | 1-1 | Exhibit A – Schedule of Payments made During Preference Period by Tri-Valley |
| 2 | 10/6/14 | 8 | Motion to Dismiss Complaint |
| Proposed Order | 10/6/14 | 8-1 | Proposed Order Granting Motion to Dismiss Complaint |
| 3 | 10/6/14 | 9 | Memorandum of Law in Support of Motion to Dismiss Complaint |
| Exhibit A | | 9-1 | Exhibit A – Complaint to Avoid and Recover Transfers |
| 4 | 10/21/14 | 11 | Answering Brief in Opposition to Motion of DMJ Gas Marketing Consultants, LLC to Dismiss the Complaint |
| 5 | 10/27/14 | 12 | Reply to Opposition to Motion of DMJ Gas Marketing Consultants, LLC to Dismiss the Complaint |

{00014809. }

Dated: November 3, 2014  
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

<u>/s/ Frederick B. Rosner</u>
Frederick B. Rosner (DE #3995)
Scott J. Leonhardt (DE #4885)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com

*Counsel for the Defendant*